IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES,<br><br>    Plaintiff,<br>    v.<br>M. EVANS, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-4277 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT BAILEY'S DISPOSITIVE MOTION |
| MALIK JONES,<br><br>    Plaintiff,<br>    v.<br>L. WASHINGTON, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-3003 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION |

Plaintiff has filed a request for an extension of time in which to file his oppositions to Defendants' dispositive motions. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff may file his oppositions to Defendants' dispositive motions up to February 3, 2011.

If Defendants wish to file reply briefs, they shall do so no later than thirty (30) days after the date Plaintiff's oppositions are filed.

This Order terminates Docket no. 90 in Case No. C 07-4277 CW (PR) and Docket no. 50 in Case No. C 09-3003 CW (PR).

IT IS SO ORDERED.

DATED: 1/13/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,

v.

L. WASHINGTON et al,

        Defendant.

Case Number: CV09-03003 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malik Jones K-09065
CSP - Sacramento
FG B-7-121, CSP 52C
P.O. Box 290066
Represa, CA 95671

Dated: January 13, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk