**United States District Court**
For the Northern District of California

1

2

3                      IN THE UNITED STATES DISTRICT COURT

4

5                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   MALIK JONES,                          No. C 07-4277 CW (PR)

8          Plaintiff,                     ORDER GRANTING PLAINTIFF'S
                                          REQUEST FOR COURTESY COPIES OF
9      v.                                 DEFENDANT BAILEY'S DISPOSITIVE
                                          MOTION; AND GRANTING EXTENSION
10  M. EVANS, et al.,                     OF TIME TO FILE OPPOSITION

11         Defendants.
    _____/

12  MALIK JONES,                          No. C 09-3003 CW (PR)

13         Plaintiff,                     ORDER GRANTING PLAINTIFF'S
                                          REQUEST FOR COURTESY COPIES OF
14     v.                                 DEFENDANTS' DISPOSITIVE MOTION;
                                          AND GRANTING EXTENSION OF TIME
15  L. WASHINGTON, et al.,                TO FILE OPPOSITION

16         Defendants.
    _____/

17

18       Plaintiff has filed a request for courtesy copies of

19  Defendants' dispositive motions.  He also requests an extension of

20  time in which to file his oppositions to Defendants' dispositive

21  motions.  Plaintiff claims that since being transferred to Salinas

22  Valley State Prison, he has not had access to his legal property.

23  He further claims that his legal property is currently at the

24  prison library, and prison officials have indicated they will "post

25  transit [his legal property] to him."  (Jan. 27, 2011 Motion at 1.)

26  Having read and considered Plaintiff's requests, and good cause

27  appearing,

28

**United States District Court**
For the Northern District of California

1  IT IS HEREBY ORDERED that Plaintiff's request for courtesy

2  copies of Defendants' dispositive motions and his request for an

3  extension of time in which to file his oppositions to Defendants'

4  dispositive motions are GRANTED.  The Clerk of the Court shall mail

5  Plaintiff a copy of Defendants' dispositive motions (eighteen pages

6  of Docket no. 85 in Case No. C 07-04277 CW (PR) and twenty-six

7  pages of Docket no. 38 in Case No. C 09-3003 CW (PR)), not

8  including any attached exhibits or declarations because they exceed

9  one hundred pages.  Defendants shall serve Plaintiff with another

10  copy of the aforementioned exhibits -- attached to Docket no. 85 in

11  Case No. C 07-04277 CW (PR) and to Docket no. 38 in Case No.

12  C 09-3003 CW (PR) -- no later than three (3) days from the date of

13  this Order.

14  Plaintiff may file his oppositions to Defendants' dispositive

15  motions up to February 28, 2011.

16  If Defendants wish to file reply briefs, they shall do so no

17  later than fifteen (15) days after the date Plaintiff's oppositions

18  are filed.

19  No further extensions of time will be granted in this case

20  absent exigent circumstances.

21  This Order terminates Docket no. 92 in Case No. C 07-04277 CW

22  (PR) and Docket no. 52 in Case No. C 09-3003 CW (PR).

23  IT IS SO ORDERED.

24  Dated: 2/1/2011                    CLAUDIA WILKEN

25                                     UNITED STATES DISTRICT JUDGE

26

27

28

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,

  v.

MIKE EVANS, WARDEN et al,

        Defendant.

_____/

Case Number: CV07-04277 CW
CV09-03003 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malik  Jones K-09065
FC-O-3-116
P.O. Box 1050
Soledad,  CA 93960

Dated: February 1, 2011

                    Richard W. Wieking, Clerk
                    By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California

3