**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>L. WASHINGTON, et al.,<br><br>    Defendants.                      / | No. C 09-03003 CW (PR)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE CURRENT ADDRESS NECESSARY TO LOCATE DEFENDANT E. RAMIREZ |

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.  On March 31, 2011, the Court issued an "Order Reviewing Second Amended Complaint; Dismissing All Claims Against Defendant P. Brown; Requiring Service on Defendants E. Ramirez and B. Brown; Addressing Plaintiff's Motion; and Allowing Further Briefing on Defendants' Motion to Dismiss."

Service has been ineffective on Defendant E. Ramirez.  The Court has been informed that the Litigation Staff Service Analyst at Salinas Valley State Prison (SVSP) has been unable to locate Defendant Ramirez because "personnel records for the institution do not reflect employment of a person by this name."  (Apr. 7, 2011 Letter from SVSP Litigation Staff Service Analyst A. Esparza at 1.)

Because Plaintiff is proceeding in forma pauperis (IFP), he is responsible for providing the Court with current addresses for all Defendants so that service can be accomplished. See Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994); Sellers v. United States, 902 F.2d 598, 603 (7th Cir. 1990).

Pursuant to Fed. R. Civ. P. 4(m), if a complaint is not served within 120 days from the filing of the complaint, it may be dismissed without prejudice for failure of service. When advised of a problem accomplishing service, a pro se litigant proceeding IFP must "attempt to remedy any apparent defects of which [he] has knowledge." Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987). If the marshal is unable to effectuate service through no fault of his own, e.g., because the plaintiff failed to provide sufficient information or because the defendant is not where the plaintiff claims, and the plaintiff is informed, the plaintiff must seek to remedy the situation or face dismissal. See Walker, 14 F.3d at 1421-22 (prisoner failed to show cause why claims against prison official should not be dismissed under Rule 4(m)because prisoner did not prove that he provided marshal with sufficient information to serve official or that he requested that official be served); see also Del Raine v. Williford, 32 F.3d 1024, 1029-31 (7th Cir. 1994) (prisoner failed to show good cause for failing to effect timely service on defendant because plaintiff did not provide marshal with copy of amended complaint until after more than 120 days after it was filed).

Service on Defendant Ramirez has been attempted and has failed.

1   IT IS HEREBY ORDERED THAT within <u>thirty (30) days</u> of the date
2 of this Order, Plaintiff must provide the Court with a current
3 address, necessary to locate Defendant Ramirez.  Failure to do so
4 shall result in the dismissal of all claims against Defendant
5 Ramirez.  If Plaintiff provides the Court with a current address,
6 service shall again be attempted.  If service fails a second time,
7 all claims against Defendant Ramirez shall be dismissed.
8   IT IS SO ORDERED.
9 Dated: 4/19/2011                  
10                                   CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,

v.

L. WASHINGTON et al,

        Defendant.

Case Number: CV09-03003 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malik Jones K-09065
FC-0-3-116
P.O. Box 1050
Soledad, CA 93960

Dated: April 19, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

4